# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133591

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
DR. RICHARD COVIN,
Robert P. Young, Jr.
      Plaintiff-Appellant,
Stephen J. Markman,
Justices

v

                                        SC: 133591
                                        COA: 271370

GRANDVIEW HEALTH SYSTEMS, INC.,
                                        Gogebic CC: 06-000051-CZ
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

                                 Clerk